```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A94-0288--CV (JWS)
                 "USA V JERRY JOHN MCCUTCHEON"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 06/30/94
            Closed: 05/22/95

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (220) Foreclosure
                    VIO OF FAA REGS (49:1471)
            Origin: (1) Original Proceeding
            Demand: 8
        Filing fee: Waived
          Trial by: Jury
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | Howard L. Martin Jr<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |
| DEF 1.1 | MCCUTCHEON, JERRY JOHN | Jerry McCutcheon<br>Pro Per<br>POB 101838<br>Anchorage, AK 99510<br>907-277-3076 |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A94-0288--CV (JWS)
                            "USA V JERRY JOHN MCCUTCHEON"

                                 For all filing dates
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 06/30/94
            Closed: 05/22/95

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (220) Foreclosure
                    VIO OF FAA REGS (49:1471)
            Origin: (1) Original Proceeding
            Demand: 8
        Filing fee: Waived
          Trial by: Jury
```

```
Document #   Filed       Docket text

      1 - 1  06/30/94    Complaint filed.

   NOTE - 1  07/29/94    Notation: issued summons.

      2 - 1  09/01/94    JWS Minute Order that proof of svc lacking; pltf to complete svc & file
                         returns w/in 20 days. cc cnsl.

      3 - 1  09/08/94    Return of Service Executed on deft on 9/1/94.

      4 - 1  09/21/94    DEF 1 Jury Demand.

      5 - 1  09/21/94    DEF 1 Answer to Complaint.

      6 - 1  09/28/94    JWS Minute Order re; ptys to file a status report w/in 21 days.  cy
                         cnsl.

      7 - 1  10/12/94    PLF 1 Report re: initial case stat rpt.

      8 - 1  10/17/94    JWS Order that sched/plan conf set for 11/14/94 @ 8:30am. cc cnsl

      9 - 1  11/16/94    Scheduling and Planning Order, dscvy closes 2-3-95.  cy csnl

     10 - 1  01/18/95    PLF 1 Witness List

     11 - 1  01/18/95    PLF 1 motion to compel discovery & deem facts admitted w/att exhibits

     12 - 1  01/20/95    JWS Minute Order dir certificate or report be filed w/i 14 days re
                         dscvy. cy cnsl.

     13 - 1  02/03/95    PLF 1 Supplemental cert re: PLF 1 motion to compel discovery & deem
                         facts admitted w/att exhibits (11-1)

     14 - 1  02/13/95    JWS Minute Order granting motion to compel discovery & deem facts
                         admitted w/att exhibits (11-1). cc cnsl.

     15 - 1  02/14/95    Order Certifying Ready for Trial that plft to file  rpt w/n 15dys. cc
                         cnsl
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A94-0288--CV (JWS)
                            "USA V JERRY JOHN MCCUTCHEON"
```
                              For all filing dates

```
 Document #    Filed      Docket text

   16 -   1   03/01/95   PLF 1 Statement of readiness for trial.

   17 -   1   03/02/95   JWS Minute Order accepting stmnt of readiness for trial, rpt due re
                         close of disc by 4/10/95. cc cnsl.

   18 -   1   03/23/95   PLF 1 motion for sanctions

   19 -   1   04/12/95   PLF 1 Statement of discovery status.

   20 -   1   04/14/95   JWS Minute Order granting motion for sanctions (18-1) as stated; def's
                         affirm defs #1,2,3,6,7,8 stricken.  cy cnsl

   21 -   1   04/21/95   PLF 1 motion for SJ w/att exhibits.

   22 -   1   04/21/95   PLF 1 Errata re: PLF 1 motion for SJ w/att exhibits.
                           (21-1)

   23 -   1   05/15/95   JWS Order granting motion for SJ (21-1) ; plft to submit proposed
                         judgment form. cc cnsl

   24 -   1   05/22/95   JWS Judgment in for pltf & agnst def for $7500.00, plus 10% surcharge
                         ($750), postjudgment at 6.28%; def to surr pilot cert.  cy cnsl, O&J
                         9561.

   25 -   1   06/30/95   DEF 1 motion for stay of proceedings

   26 -   1   07/17/95   PLF 1 opposition to DEF 1 motion for stay of proceedings (25-1)

   27 -   1   08/02/95   JWS Minute Order denying motion for stay of proceedings (25-1) cy cnsl

   28 -   1   09/21/95   PLF 1 Application re: Writ of Execution/Garnishment on PFD.

 NOTE -   2   09/22/95   Issued: writ of execution on PFD

   29 -   1   10/18/95   USM Return of writ of execution unsatisfied w/att exhbts.

   30 -   1   05/23/96   DEF 1 motion to set aside judgment pursuant to Rule 60(b).

   31 -   1   06/03/96   PLF 1 opposition to DEF 1 motion to set aside judgment pursuant to Rule
                         60(b). (30-1)

   32 -   1   06/19/96   DEF 1 motion for addtl time of a few days to reply to opp to mot to set
                         aside judg

   33 -   1   06/21/96   JWS Minute Order granting motion for addtl time of a few days to reply
                         to opp to mot to set aside judg (32-1). cc cnsl.

   34 -   1   06/24/96   PLF 1 non-opposition to DEF 1 motion for addtl time of a few days to
                         reply to opp to mot to set aside judg (32-1)

   35 -   1   07/01/96   Return of misdelivered court mail.

   36 -   1   07/01/96   DEF 1 motion for ext to reply to mot to set aside jmt

   37 -   1   07/05/96   PLF 1 non-opposition to DEF 1 motion for ext to reply to mot to set
                         aside jmt (36-1) w/atch exhibits,
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A94-0288--CV (JWS)
                                "USA V JERRY JOHN MCCUTCHEON"

                                       For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 38 - 1 | 07/09/96 | JWS Minute Order granting motion for ext to reply to mot to set aside jmt (36-1) reply due 7-19-96. cy cnsl |
| 39 - 1 | 07/25/96 | JWS Minute Order denying motion to set aside judgment pursuant to Rule 60(b). (30-1) cy csnl |
| 40 - 1 | 09/19/96 | PLF 1 Application re: Writ of Execution on DEF 1 PFD |
| 41 - 1 | 09/19/96 | DEF 1 Appeal to 9CCA at dkt #39 filed 7/25/96. cc: cnsl, Judge Sedwick, 9CCA. 96-36011 |
| 42 - 1 | 09/19/96 | Fld cy 9CCA Certificate of Record. cc: cnsl, Judge Sedwick, original to 9CCA. |
| NOTE - 3 | 09/20/96 | Issued: Writ of execution on DEF 1 PFD |
| 43 - 1 | 10/17/96 | Fld cy 9CCA Time Schedule Order. 96-36011. cc: ECR |
| NOTE - 4 | 11/21/96 | Notation: Record consisting of (1) volume original file forwarded to 9CCA. |
| 44 - 1 | 02/10/97 | Fld cy 9CCA Order DENYING appellant's mtn to proceed in forma pauperis on appeal; appellant to pay fee within 14 days from date of order & provide proof of payment to 9CCA; DENYING appellee's mtn to dismiss w/receipt #00100681 in the amount of $105 for filing fee. 96-36011. |
| 45 - 1 | 03/31/97 | Copy of Order from 9CCA dtd 03/27/97 granting appellant's mtn for a 133-day ext of time - opening brief & excerpts of record due 05/20/97, answering brief due 06/19/97; optional reply brief due 14 days from svc of answering brief. |
| 46 - 1 | 07/07/97 | Fld cert cy 9CCA Mandate; appellee's mot to dismiss denied as moot; appeal DISMISSED for failure to prosecute. cc: cnsl, Judge Sedwick. 96-36011. |
| 46A- 1 | 12/04/97 | USM Return of Service Unexecuted re: writ of execution on PFD. |
| 47 - 1 | 09/16/98 | Application re: Writ of Execution as to J. McCutcheon re: PFD. |
| NOTE - 5 | 09/17/98 | Issued: writ of execution as to J. McCutcheon re: PFD. |
| 48 - 1 | 02/22/99 | USM Return on writ of execution on PFD unsatisfied w/att exhs. |
| 49 - 1 | 09/03/99 | PLF 1 Application re: Writ of Execution re: PFD. |
| NOTE - 6 | 09/07/99 | Issued: writ issued re: PFD. |
| NOTE - 7 | 12/03/99 | Notation (re: Appeal): return of record from 9CCA consisting of 1 volume. |
| 50 - 1 | 07/17/00 | PLF 1 Aff & request for issuance of Writ of Execution on PFD. |
| NOTE - 8 | 07/18/00 | Issued: writ of execution on PFD. |
| 51 - 1 | 10/18/00 | USM Return on writ of execution as to 1999 PFD unexecuted w/att exhs. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A94-0288--CV (JWS)
                                   "USA V JERRY JOHN MCCUTCHEON"
```

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 52 - | 1 | 11/15/00 | USM Return on writ of garnishment re: PFD partially satisfied $1,571.09 (receipt 00113389). |
| 53 - | 1 | 12/19/00 | PLF 1 motion to release attached PFD funds in amount of $1571.09 held in registry. |
| 54 - | 1 | 01/16/01 | JWS Order granting motion to release attached PFD funds (53-1). cc: cnsl, Finance |
| 55 - | 1 | 04/16/01 | PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - | 9 | 04/17/01 | Issued: writ of execution re: DEF 1 on PFD. |
| 56 - | 1 | 05/09/01 | PLF 1 motion (ex parte) for appearance of defendant as judgment debtor before U.S. Magistrate Judge John D. Roberts w/att aff. |
| 57 - | 1 | 05/16/01 | JDR Order granting motion for appearance of def Jerry McCutcheon as judgment debtor before U.S. Magistrate on 7/26/01 at 10:00 a.m. (56-1). cc: cnsl |
| 58 - | 1 | 06/29/01 | USM Return of svc of judgment debtor package re: DEF 1 on 6/28/01. |
| 59 - | 1 | 07/16/01 | PLF 1 Declaration of svc of ord of appearance at JDE. |
| 60 - | 1 | 07/30/01 | JDR Court Minutes [ECR: Dan Maus/Debby Lyons] re En Masse JD exam (held 7/26/01); Jerry McCutcheon sworn & testified; def's mot to cont jd exam granted; hrg reset to 8/7/01 at 3:00 p.m. |
| 61 - | 1 | 07/30/01 | Notice of Continued JD Exam Hrg to 8/7/01 at 3:00 p.m. |
| 62 - | 1 | 08/06/01 | DEF 1 motion for postponement of JD exam. |
| 63 - | 1 | 08/08/01 | JDR Court Minutes [ECR: Denali Elmore] re Cont JD exam (held 8/7/01); granting motion for postponement of JD exam (62-1); Notice of Mutual Availability for cont JD exam due by 8/8/01. cc: cnsl |
| 64 - | 1 | 08/09/01 | PLF 1 motion for rescheduling of JD exam to 8/27/01. |
| 64 - | 2 | 08/10/01 | JDR Order granting motion for rescheduling of JD exam to 8/27/01 (64-1). cc: cnsl |
| 65 - | 1 | 08/10/01 | JDR Minute Order re JD exm RESET for 8/27/01 at 11:00 a.m. cc: cnsl |
| 66 - | 1 | 08/10/01 | DEF 1 Notice to the court re JD exam. |
| 67 - | 1 | 08/17/01 | JDR Minute Order re def's notice (66-1) is deemed as an oppo to the rescheduling of the JD exam; the JD exam of 8/27/01 shall go forward. cc: cnsl |
| 68 - | 1 | 08/27/01 | JDR Court Minutes [ECR: Denali Elmore] of cont JDE (held 8/27/01); def not present; govt to file mot for def to show dcause for failure to appear.  cc: cnsl |
| 69 - | 1 | 08/27/01 | DEF 1 Appeal from Magistrate Judge's Order. |
| 70 - | 1 | 08/29/01 | PLF 1 motion for order to show cause why def should not be held in contempt & memo in support w/att exhibit. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A94-0288--CV (JWS)
                              "USA V JERRY JOHN MCCUTCHEON"
```

|                          |
| ------------------------ |
| For all filing dates     |

```
Document #    Filed      Docket text

    70 -   2  08/29/01   PLF 1 Response to def's appeal of MJ decisions to the district court.

    71 -   1  09/04/01   JWS Minute Order denying appeal at dkt 69. cc: cnsl, MJ Roberts

    72 -   1  09/05/01   JDR Minute Order granting motion for order to show cause why def should
                         not be held in contempt (70-1); Show cause hrg set for 9/26/01 at 9:30
                         a.m.; USM to effect service of this order & pltf's mot (70-1). cc: cnsl,
                         USM

    73 -   1  09/20/01   USM  Return of svc on: DEF 1 re: mo & mot for order to show cause
                         unexecuted.

    74 -   1  09/21/01   PLF 1 motion to vacate show cause hrg set for 9/26/01.

    75 -   1  09/24/01   JDR Minute Order granting motion to vacate show cause hrg set for
                         9/26/01 (74-1); Show cause hrg RESET for 10/29/01 at 9:30 a.m. cc: cnsl,
                         USM

    76 -   1  09/26/01   DEF 1 motion for a stay of proceedings.

    77 -   1  09/26/01   DEF 1 motion for reconsideration of 9/4/01 ord.

    78 -   1  09/26/01   DEF 1 motion to vacate judgment.

    79 -   1  09/26/01   DEF 1 motion for an order instructing the Veterans Administration to
                         produce documents.

    80 -   1  09/28/01   JWS Minute Order denying motion for a stay of proceedings (76-1), motion
                         for reconsideration (77-1), motion to vacate judgment (78-1), motion for
                         an order instructing the Veterans Administration to produce document
                         (79-1). cc: cnsl, MJ Roberts

    81 -   1  10/15/01   Return of USM 285 re service of minute order on J. McCutcheon executed
                         10/12/01.

    82 -   1  10/25/01   USM Return of writ of exec on DEF 1 PFD; exec 4/25/01.

    82A-   1  10/29/01   DEF 1 appeal to 9CCA of (71-1,76-1,77-1,78-1, & 79-1) filed 09/04/01.
                         cc:cnsl, Judge Sedwick, 9CCA, J. McCutcheon

  NOTE -  10  10/30/01   Transmittal: Forwarded notice of appeal (82A-1) to 9CCA.

    83 -   1  10/30/01   JDR Court Minutes [ECR: Debby Willoughby-Lyons] re Order to Show Cause
                         Hrg (Held 10/29/01); def not present; gov cnsls oral mot for arrest
                         warrant granted, cnsl to file an arrest warrant. cc: cnsl

    84 -   1  11/21/01   Cy 9CCA Time Schedule Order. (82A-1) cc:cnsl, Judge Sedwick, ECR

    85 -   1  11/30/01   PLF 1 motion to release attached PFD funds.

    86 -   1  12/04/01   JWS Order granting motion to release attached PFD funds (85-1). cc:
                         cnsl, Finance

    87 -   1  03/26/02   Copy of Order from 9CCA that def's mot for appt of cnsl is denied & no
                         mots for recosndierarion, clarification or modification of this denial
                         shall be filed or entertained. Def's mot for IP is denied & w/n 14days
                         from date of this order def is to pay to USDC Clk $105.00 (filing fee)
                         Failure to pay fee will result in automatic dismissal  If fee is paid,
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A94-0288--CV (JWS)
                            "USA V JERRY JONN MCCUTCHEON"
```

|                | For all filing dates |

| Document # | Filed | Docket text |
|---|---|---|
|  |  | appellant shall show cause why judgment should not be affirmed, appellee may respond w/n 10days. If the def fails to respond to this order the clk shall dismiss this appeal for failure to prosecute. (82A-1) cc:cnsl, J. McCutcheon, Judge Sedwick |
| NOTE - 11 | 04/01/02 | Notation (re: Appeal): Received appeal filing fee of $105 (faxed cpy of rcpt to 9cca) |
| 88 - 1 | 04/02/02 | PLF 1 Application re: Writ of Execution on DEF 1 re: PFD. |
| NOTE - 12 | 04/03/02 | Issued: writ of execution on DEF 1 re: PFD. |
| 89 - 1 | 04/16/02 | 9CCA Judgment/Final Order re: notice of appeal (82A-1) that the appeal is dismissed. A copy of this order shall constitute the mandate. cc: cnsl, J. McCutcheon, Judge Sedwick |
| 90 - 1 | 04/30/02 | PLF 1 Status Report. |
| 91 - 1 | 05/10/02 | DEF 1 motion for show cause order & legal assistance |
| 92 - 1 | 05/14/02 | JWS Minute Order denying as moot motion for show cause order & legal assistance (91-1). cc: cnsl |
| 93 - 1 | 06/03/02 | DEF 1 motion for clarification. |
| 94 - 1 | 06/04/02 | JWS Minute Order granting motion for clarification (93-1). cc: cnsl |
| 95 - 1 | 10/25/02 | USM Return of svc on writ of execution re: DEF 1 partially satisfying writ in the amt of $1,232.61 (receipt # 00118875) 4/5/02. |
| 96 - 1 | 11/21/02 | PLF 1 motion to release PFD Funds in the amount of $1,232.61. |
| 97 - 1 | 11/22/02 | JWS Order granting mot to release PFD Funds in the amount of $1,232.61 (96-1). cc: cnsl, Finance |
| NOTE - 13 | 04/04/03 | Issued: writ of execution re: DEF 1. |
| 98 - 1 | 04/04/03 | PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| 99 - 1 | 10/28/03 | USM Return of svc on writ of execution re: DEF 1 partially satisfying writ in the amt $886.05 (receipt 00121645) on 4/10/03. |
| 100 - 1 | 12/03/03 | PLF 1 motion to release attached PFD funds. |
| 101 - 1 | 12/05/03 | JWS Order granting motion to release attached PFD funds (100-1). cc: cnsl, Finance |
| NOTE - 14 | 04/08/04 | Issued: writ of execution re: DEF 1 on PFD. |
| 102 - 1 | 04/08/04 | PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| 103 - 1 | 01/11/05 | Return of USM 285 re: writ of garnishment on PFD; exec 4/12/04. |
| 104 - 1 | 03/22/05 | PLF 1 Application re: Writ of Execution re: DEF 1 on PFD. |
| NOTE - 15 | 03/23/05 | Issued: writ of execution re: DEF 1. |
| 105 - 1 | 11/04/05 | USM Return of svc on writ of execution re: DEF 1 on PFD on 4/1/05 in the amt of $676.61. |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A94-0288--CV (JWS)
                          "USA V JERRY JOHN MCCUTCHEON"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 106 - 1 | 11/22/05 | PLF 1 motion to release attached PFD funds. |
| 107 - 1 | 11/29/05 | JKS Order granting motion to release attached PFD funds (106-1). cc: cnsl, Finance |